BEFORE THE FIRST DIVISION, DECEMBER 17, 1948

**No. 52748.**—The American Import Co. et al. *v.* United States, protests 8455–K, etc. (San Francisco).

Opinion by OLIVER, C. J. It was stipulated that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306. The claim at 20 percent under paragraph 1558 was therefore sustained.